**Order entered March 2, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01264-CV

### MACY'S RETAIL HOLDINGS, INC., Appellant

### V.

### AUDON BENAVIDES, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10796**

## ORDER

Before the Court is appellant's February 28, 2020 unopposed second motion or an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **April 6, 2020**. We caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE